IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11283
Conference Calendar
_____


JOEL MASK,

                                        Plaintiff-Appellant,

versus

ROBERT LAMPERT ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:97-CV-263
- - - - - - - - - -
August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Joel Mask, Texas prisoner # 059445, appeals the district

court's dismissal of his 42 U.S.C. § 1983 action.  Mask does not

address the merits of the district court's opinion.  Failure to

identify any error in the district court's analysis or

application to the facts of the case is the same as if the

appellant had not appealed that judgment.  Brinkmann v. Dallas

County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

Mask's appeal is without arguable merit and is frivolous.  See

Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the appeal is frivolous, it is DISMISSED.  See 5th Cir. R. 42.2.

Mask is hereby put on notice that the dismissal of this appeal as frivolous constitutes his third "strike" under 28 U.S.C. § 1915(g) and that he may not proceed in forma pauperis in any civil action or appeal filed while he is in prison unless he "is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g); Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1997).[**]

APPEAL DISMISSED AS FRIVOLOUS.

---

[**]  The other "strikes" under § 1915(g) are Mask v. City of Slaton, No. 5:95-CV-0099-C (N.D. Tex. Jun. 29, 1995) and Mask v. Keesee, No. 5:94-CV-238-C (N.D. Tex. Dec. 22, 1994).